■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS OSORIO, Appellant.—Judgment, Supreme Court, New York County (Ira Beal, J.), rendered on December 13, 1988, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this

appeal. Concur—Sullivan, J. P., Milonas, Rosenberger, Asch and Kassal, JJ.